**UNITED STATES of America, Plaintiff–Appellee,**

v.

**George Michael RUELAS, Defendant–Appellant.**

**No. 12–55025.**

United States Court of Appeals, Ninth Circuit.

Submitted June 18, 2013.[*]

Filed June 20, 2013.

Curtis A. Kin, Esquire, Assistant U.S., Lizabeth Ann Rhodes, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

George Michael Ruelas, Lompoc, CA, pro se.

Before: TALLMAN, M. SMITH, and HURWITZ, Circuit Judges.

MEMORANDUM [**]

Federal prisoner George Michael Ruelas appeals pro se from the district court's order denying his motion for production of photographic trial exhibits. We dismiss for lack of jurisdiction.

Ruelas contends that the district court erred by denying his motion for photographic evidence. The district court properly treated this motion as a discovery request because Ruelas requested the dis-

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

covery in the ongoing review of his conviction. Because discovery orders are not final appealable orders, *see United States v. Zone*, 403 F.3d 1101, 1106 (9th Cir.2005) (per curiam), we dismiss.

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.